UNITED STATES of America,
Plaintiff–Appellee,

v.

Humberto MORAN–TORRES,
Defendant–Appellant.

No. 12–10002.

United States Court of Appeals,
Ninth Circuit.

---

Submitted June 18, 2013.*

Filed June 21, 2013.

Michele Myers Beckwith, Christopher Stanton Hales, Office of the U.S. Attorney, Sacramento, CA, for Plaintiff–Appellee.

Krista Hart, Law Offices of Krista Hart, Sacramento, CA, for Defendant–Appellant.

Humberto Moran–Torres, pro se.

Before: TALLMAN, M. SMITH, and HURWITZ, Circuit Judges.

## MEMORANDUM **

Humberto Moran–Torres appeals from the district court's judgment and challenges his guilty-plea conviction and 120–month sentence for being a deported alien found in the United States, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Moran–Torres's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. Moran–Torres has filed pro se supplemental opening and reply briefs, and the government has filed an answering brief.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

